Horace E. OLIVER, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

and

Kathleen OLIVER, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 15097.

United States Court of Appeals, Fifth Circuit.

Jan. 24, 1955.

Wm. Bernard Clinton, Dallas, Tex., for petitioners.

David O. Walter, Ellis N. Slack and George F. Lynch, Sp. Asst. Attys. Gen., H. Brian Holland, Asst. Atty. Gen., Daniel A. Taylor, Chief Counsel, Bureau of Internal Revenue, Vernon F. Weekley, Sp. Atty., Washington, D. C., for respondent.

Before HOLMES, RIVES, and TUTTLE, Circuit Judges.

PER CURIAM.

The decisions of the Tax Court are affirmed on the authority of the memorandum opinion of that court not officially reported, and of the opinion of this court in Galena Oaks Corporation v. Scofield, 218 F.2d 217.

Affirmed.

---

STANDARD BRASS & MANUFACTURING COMPANY, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 14884.

United States Court of Appeals, Fifth Circuit.

Jan. 24, 1955.

Peter B. Wells, Jr., Beaumont, for petitioner.

Karl Schmeidler, Sp. Asst. to Atty. Gen., H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Daniel A. Taylor, Chief Counsel, Bureau of Internal Revenue, Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, Robert N. Anderson, Sp. Asst. to Atty. Gen., Morton K. Rothschild, Sp. Asst. to Atty. Gen., for respondent.

Before HOLMES, RIVES and TUTTLE, Circuit Judges.

PER CURIAM.

We find ourselves in agreement with the opinion of the Tax Court reported in 20 T.C. 371, and its decision is therefore,

Affirmed.